UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONAS BROWN,<br><br>                    Petitioner,<br><br>v.<br><br>ROBERT A. ARIAS, Warden,<br><br>                    Respondent. | Case No.: 23-cv-778-BAS-DDL<br><br>**ORDER REQUIRING SUPPLEMENTAL LODGMENT** |

Petitioner has filed a petition for habeas corpus pursuant to 28 U.S.C. § 2254. Respondent has filed a Motion to Dismiss and lodgments, including what purports to be a copy of Petitioner's petition for habeas corpus in the California Supreme Court. *See* Dkt. No. 5. However, the document lodged at Dkt. No. 5-10 is a copy of the petition for habeas corpus in this action. To ensure a complete record, the Court hereby **ORDERS** Respondent to lodge a copy of Petitioner's petition for habeas corpus in the California Supreme Court, case number S277616, by not later than **December 22, 2023**.

**IT IS SO ORDERED.**

Dated: December 18, 2023

*/s/ David Leshner*

Hon. David D. Leshner
United States Magistrate Judge